# EXHIBIT 1

# AGREEMENT

Between

# LAKEHORE <u>HEALTHCARE</u> SKILLED  NURSING  & <u>SPECIALTY</u> CARE

AND

# SEIU  <u>HEALTHCARE</u>  MICHIGAN

Effective

Decembe17

2010 to

December 17
2013

## RECOGNITION

THIS AGREEMENT, upon the date of its complete execution, by and between the LAKESHORE HEALTHCARE SKILLED NURSING & SPECIALTY CARE, located at 9146 Woodward Avenue, Detroit, Michigan, hereinafter referred to as the "Employer" and/or "Facility" and the SERVICE EMPLOYEES INTERNATIONAL UNION, HEALTHCARE MICHIGAN, located at 2604 Fourth Street, Detroit, Michigan, hereinafter referred to as the "Union."

Section 1.1.    Collective Bargaining Unit.    The Employer hereby agrees to recognize the Union as the exclusive collective bargaining representative for all of the employees as defined in this Agreement and who are employed by the Employer at its Facility located at 9146 Woodward Avenue, Detroit, Michigan, in the following described units:

> All full-time and regular part-time certified nurse's aides, activity aides, Dietary aides, Cooks, Housekeeping, Maintenance, laundry employees, and licensed practical nurses employed by the Employer at its facility located at 9146 Woodward Avenue, Detroit, Michigan; said unit excluding all registered nurses, professional employees, business office employees, clerical employees, department heads, assistant department heads, confidential employees, administrators, on-call, temporary and casual employees, guards and supervisors as defined in the National Labor Relations Act and all other employees.

Section 1.2.    Representation.    Employees covered by this Agreement shall be represented by a bargaining committee consisting of three {3} employees, who have completed their probationary period, elected or selected by the Union from employees employed by the Employer in the bargaining unit covered by this Agreement.  Five (5) employees (three on day shift, one on afternoons, and one on midnights) shall represent employees as stewards, each representing one **(1)** shift.  There shall also be five (5) employees who shall serve as alternates should one of the five (5) not be available. The Employer shall be notified of the names of the members of the bargaining committee, stewards, their alternates, and in what representative capacity they are to serve before the Employer shall recognize them.

Section 1.3.    Union Access.    The Employer agrees that upon a showing of proper identification-to-the-Employer's-Administrator,-or;-imhe-Administrator's-absence-his-or-her ------ designee, it will allow an accredited staff representative of the International and/or Local Union to enter the Employer's premises for the purpose of adjusting disputes, investigating working conditions, and ascertaining whether this Agreement is being adhered to; provided such representative obtains the permission of the Administrator at least 24 hours prior to such visit and that such visit will not in any way be detrimental to the patients' care and welfare.  For any proposed visit, the Union shall request permission from the Administrator, or his or her designated representative, in writing, at least twenty-four (24) hours prior to the proposed visit. All requests for access to the Employer's premises must contain the time, purpose and expected duration of any proposed visit.  Individuals granted access to the Employer's premises shall abide by the Employer's rules governing the conduct

of visitors on company property and shall not interfere with the duties of the employees or the operations of the Employer in any way.

Section 1.4.   Employees in Pre-Registration or Pre-Certification Status. It is recognized that the Employer employs individuals who may be in a pre-registration or pre-certification or pre-1icense status who are awaiting receipt of the appropriate registration or certification' or license. The employment of such individuals by the Employer is conditioned upon such individuals receiving the appropriate registration or certification or license, as may be required by the Employer. The Union agrees that the Employer shall have the right to continue to employ and utilize such individuals as determined by the Employer. The Union further agrees that such individuals are not included within the recognition granted the Union and shall not be covered by the terms of this Agreement until such time as such individuals receive the appropriate registration or certification or license and until .such time as such individuals qualify under the recognition and coverage provisions established in this p.greement.

The probationary period for such individuals shall be the greater of: a) the period established in Section 4.2 of this Agreement; or b) when the trainee provides proof of passing state examinations and receipt by the Employer of appropriate certifications.

Section 1.5.   Special Programs and Volunteers. The Employer, from time to time, has the opportunity under special private and public programs to utilize the services of individual to perform regular bargaining unit work on a regular basis and whose work schedule may consist of any number of hours on a continuous basis. Such individuals shall not be within the recognition granted the Union and shall not be covered by the terms of this Agreement. Examples of the types of situations involved include programs of the American Association of Retired Persons and various local, state and/or federal special programs under which individuals are made available to the Employer. The Employer also utilizes the services of individuals as an auxiliary or volunteers to perform regular bargaining unit work on a regular basis and whose work schedule may consist of any number of hours on a continuous basis. Such individuals shall not be within the recognition granted the Union and shall not be covered by the terms of this Agreement. The Employer agrees that the utilization of non-bargaining unit personnel under this Section shall not be the reason for the layoff of an employee employed in the bargaining unit covered by this Agreement and shall not be the -----,reason-for-a-reductionof-the-regularly-scheduled-working-hours-for-an employee-employed-- in the bargaining unit covered by this Agreement.

-3-

MANAGEMENT RIGHTS

Section 2.1.  Management Rights. All  management rights, powers, authority, prerogatives and functions, regardless of whether exercised in the past and prior to the effective date of this Agreement and regardless of whether exercised in the future following the effective date of this Agreement and regardless of the frequency or infrequency of their exercise, shall remain vested exclusively in the Employer. It is expressly recognized, and the Union agrees, that such management rights, powers, authority, prerogatives and functions include, by way of illustration and not by way of limitation and are in no way whatsoever limited to, the following:

the right to manage and control the Employer and its Facility in all of its operations and activities;

the right to determine all matters of Facility and management policy, Facility and department scope, layout, operation and location;

the right to determine the location where work will be performed;

the right to terminate, merge, consolidate, sell or otherwise transfer or reorganize the Employer's operations and services or any part thereof;

the right to direct the working force including, but in no way limited to, the right to hire, discipline, suspend, discharge for cause, promote, demote, assign, train, transfer or layoff and recall employees;

the right to determine the size of the work force;

the right to determine and establish job classifications of work, jab descriptions, the assignment *of* duties and the number of employees and staffing patterns required and the number of hours in employee work schedules;

the right to establish and change work schedules and to provide and assign personnel-;

the right to eliminate totally or partially or combine or otherwise revise existing job classifications, job descriptions, jobs or positions;

the right to establish and change from time to time rules and regulations, including safety rules and regulations, and to fix and determine penalties for violations;

the right to maintain safety, order and efficiency;

-4-

the right to determine the methods, procedures, processes and means of monitoring the Employer's premises to ensure the safety and security of the residents of the Facility, their property, and the Employer's property;

the right to establish satisfactory productivity and work standards;

the right to make judgments as to employee qualifications, including ability and skill;

the right to determine the nature and number of facilities and departments to be operated;

the right to discontinue totally or partially or combine or reorganize any part or all of the Employer's operations;

the right to be the exclusive judge of all matters pertaining to the services that the Employer provides and the delivery of those services;

the right to determine the methods, procedures, processes and means of providing and delivering services and the equipment and machines to be acquired or used to provide such services;

the right to establish the standards of quality of services;

the right to continue and maintain the Employer's operations and services as in the past and prior to the effective date of this Agreement with the Union, but the Employer shall also have the right to study, introduce and use new or improved scheduling, methods, means, equipment, facilities and the Employer shall also have the right to use outside assistance either in or outside of the Employer's Facility, including subcontracting and any other form of contracting assistance with respect to any work or function;

the right to make technological changes.

It is expressly understood, and the Union agrees, that the Employer reserves and retains, solely and exclusively, all of its inherent and customary rights, powers, authority, prerogatives and functions to manage and administer the Employer's operations and services in all respects, some of which rights are referred to by way of illustration in this Section, and the Employer's judgment and determination in these respects shal\ not be subject to challenge. It is provided, however, that these management rights shall not be exercised in violation of any specific provisions of this Agreement as written. In addition these rights, like other terms and conditions of employment, are intended to survive the expiration of the Agreement.

Section 2.2    Rules and Regulations.  The Employer has the right (See Section 2.1 above) to establish rules and regulations, which it shall deem proper to govern the conduct of the Employer's employees, that do not otherwise violate the provisions of this Agreement,

including by way of illustration and not by way of limitation, operational procedures, safety rules and regulations, general personnel policies and procedures, and work rules and regulations.  Any changes or modifications which may be established by the Employer following the effective date of this Agreement in existing safety rules and regulations, general personnel policies and procedures and work rules and regulations and under whkh employees may be subject to possible disciplinary action shall be publicized by the Employer either through posting on a bulletin board or through some other method *of* publication or notification.  All new or revised rules and regulations shall be provided to the Union prior to implementation.  In addition, the parties hereby acknowledge as follows:                  '

- <u>Attendance Policy</u>.   The Employer has an established attendance policy addressing absenteeism and tardiness.

- <u>Substance</u> Abuse Policy.  The Employer has an established substance abuse policy addressing drugs and alcohol in the workplace and testing.

- No-Smoking Policy.  Smoking is prohibitedexcept in certain designated areas on Employer premises.

UNION MEMBERSHIP AND PAYMENT OF DUES AND FEES

Section 3.1.  <u>Union Membership</u>.  Employees who, as of the date of execution of ti;lis Agreement, have completed their initial probationary period shall, as of the thirty-first (31st) day from the date of execution of this Agreement, as a condition of continued employment, either become members of the Union or cause to be paid to the Union a representation fee equal to the monthly Union dues amount uniformly required of all Union members. Employees hired, rehired, reinstated or transferred into the bargaining unit after the effective date of this Agreement shall, upon completion of their initial probationary period of thirty-one (31) days from their date of hire, rehire or transfer into the bargaining unit, whichever is the latter, become members of the Union or cause to be paid to the Union a representation fee equal to the monthly Union dues uniformly required of all Union members as a condition of continued employment.

Section 3.2.  <u>Voluntary Dues Check-off</u>.  If an employee covered by this Agreement voluntarily chooses to either become a member of the Union or, in lieu of becoming a member, voluntarily chooses to pay to the Union a sum equivalent to the uniform dues amount levied by the Union for membership as is allowed under Section 3.1 of this Agreement, then an employee who makes this voluntary choice may also voluntarily choose to have the Union's monthly membership dues or monthly non-member equivalent payments deducted by the Facility from their payroll check.  If an employee voluntarily chooses to participate in a payroll deduction or check-off, the procedure shall be governed by the following conditions, qualifications and procedures:

(a)      During the term of this Agreement and to the extent permitted by law, the Facility agrees to deduct periodic monthly Union membership dues or the monthly non-member equivalent payments from the pay of each employee w o



voluntarily executes and files with the Facility a proper check-off authorization form. The authorization to check-off and deduct Union membership dues or non-member equivalent payments is strictly a matter of voluntary choice of the individual employee.

(b)    A properly executed copy of the written check-off authorization form for each employee for whom the Union dues or non-member equivalent payments are to be deducted hereunder shall be delivered to the Facility on or before the fifteenth (15th) day of the month before any payroll deductions for the following calendar month are made. Deductions shall be made thereafter only under the written check-off authorization forms which have been properly executed and are in effect. Any written authorization form that is incomplete, or in error, will be returned to the Union by the Facility. Deductions shall be made only in accordance with the provisions of the written check-off authorization form, together with the provisions of this Section of this Agreement.

(c)    On or before the fifteenth (15th) day of each month, the Union shall furnish the Facility with any additional executed written check-off authorization forms under which Union membership dues or non-member equivalent payments are to be deducted from one of the payroll checks beginning with the following calendar month.

(d)    Deductions for Union membership dues or non-member equivalent payments for any calendar month shall be made from the first (1st) payroll check of that month provided the employee has sufficient net earnings to cover the dues or non-member equivalent payments, whichever is applicable. The amount deducted shall be uniform for all full time employees and uniform for all part time employees and shall not be adjusted more than once a year. The check-off authorization forms shall be supplied by the Union.

(e)    The Union shall notify the Facility in writing of the proper amount of Union dues or non-member equivalent payments and any subsequent changes in such amounts. As described in sub-paragraph (d), the Union shall be limited to one change in the amount withheld from full time employees and one change in the amount withheld from part time employees per rolling 12 month period. In no event shall the amount of dues or non-member equivalent include fees or charges outside of the normal amount of dues or non-member equivalent payment. The Union will furnish the Facility with a check-off list, in duplicate each month, indicating thereon the amount due for each employee who has voluntarily chosen to participate in the payroll deduction or check-off procedures. One (1) copy of the check off list furnished by the Union shall be returned with the stipulated amount.

(f)    In cases where a deduction is made which duplicates a payment already made to the Union by the employee, or where a deduction is not in conformity with the provisions of the Union Constitution and By-Laws, refunds to the employee will be made by the Union.

-7-

(g)    If a dispute arises as to whether or not an employee has properly executed or properly revoked a written check-off authorization form, no further deductions shall be made until the matter is resolved.

(h)    The Facility shall not be responsible for Union dues or non-member equivalent payments while an employee is on a leave of absence, layoff status, or after an employee's employment relationship with the Facility has terminated.

(i)    The Facility shall not be liable to the Union, its members or the employees the Union represents for the remittance or payment of any sum other than that constituting actual deductions made from employee wages pursuant to the provisions of this Section of this Agreement.

(j)    The Union agrees to hold the Facility harmless for any and all claims arising out of the Facility's agreement to deduct Union dues or non-member equivalent payments and to defend, indemnify and hold harmless the Facility against any and all claims, demands, suits or other forms of liability, including attorneys fees, that may arise out of, or by reason of action taken by the Facility pursuant to this Section of this Agreement or pursuant to Section 16.1 of this Agreement.

Section 3.3.    Authorization Forms.  The Employer will recognize only sucn authorizations for check-offs as are signed by employees on forms to be furnished by the Union that satisfy the conditions of this Agreement.

## DEFINITION OF EMPLOYEES

Section 4.1.    Definitions.   The terms "employee" and "employees," when used in this Agreement shall refer to and include only those regular, full-time employees and part-time employees who have completed their probationary period as set forth in this Agreement and who are employed by the Employer in the collective bargaining unit described in Section 1.1.  For purposes of this Agreement, the following definitions shall be applicable:

A.    Full-Time Employees: Employees regularly scheduled to work Thirty-Seven and a half (37.5) hours or more per week shall be considered as full-time employees.

B.    Part-Time Employees: Employees, who are regularly scheduled to work less than Thirty-Seven and a half (37.5) hours per week, but at least twenty (20) hours per week, shall be classified as part-time employees.

C.    Casual Employee:    Employees, who are regularly scheduled to work less than (20) hours per week shall be classified as casual employees.

Section 4.2.   Probationary Period.   Employees hired into the bargaining unit shall be considered as probationary employees for the first ninety (90) working days of the employee's employment with the Employer, during which time their employment may be terminated by the Employer in  its sole discretion without  recourse to the Grievaf)ce Procedure.  Should it deem necessary, these periods may be extended at the reasonaple discretion of the Employer.

## NO  STRIKE

Section 5.1.   No Strike. The Union  agrees that, during the term of this Agreement, neither it  nor  its officers, representatives, committeepersons, stewards, members or  employees covered by  this Agreement will,  for any reason, directly  or  indirectly,  call,  sanction, support, counsel, encourage or  engage in  any  strike, walk-out, slow-down, sit-down, stay-in, stay-away, boycott of  a primary  or  secondary nature or  picketing.   Any other activities that may result in any curtailment of work or the restriction or interference with the Employer's operation or  in  any  way interfere with  the Employer's operation are also prohibited.   It is expressly recognized, and the Union  agrees, that the scope of activity prohibited  in this paragraph is intended to include, but not limited  to, such activities as sympathy strikes, unfair labor practice strikes and a refusal  of an employee or employees to cross any type of picket line  at any location  for any reason whatsoever.

The Employer reserves the sole right  to discipline  an employee or  employees up to a,nd including  discharge for violating  the  provisions  of  this Section.   Any appeal to the Grievance Procedure shall be  limited  solely to the question of  whether the employee or employees did, in fact, engage in any of the above prohibited  activities.

The Union  agrees that it  will  take prompt  affirmative action to prevent or stop any strike.or refusal to  work  of any kind  on the part of  its members by  notifying  the employees  that it disavows these acts, and it will  direct  employees to return to  work  or  cease the conduct in violation  of this Section.  If within  two  (2) days after such a strike or  other refusal to  work occurs, the Employer shall  have the option  of canceling this Agreement and ceasing its consent to mandatory arbitration and/or the deduction of dues or representation fees from employee wages.

The Employer agrees it  will  not establish a lockout  of employees during the term of this Agreement.

## **JOB** POSTING

Section 6.1.   Vacancies and/or newly  created positions within  the  bargaining unit, as determined by the Employer, shall be posted on the Union  Bulletin  Board.  Vacancies or newly  created positions within  the bargaining unit shall be awarded to the most qualified employee.  For purposes of this section, qualifications shall be evaluated on the basis ofan employee's skills, ability,  experience, training and productivity,  work  performance, work record and dependability to perform efficiently the required work and to meet satisfactorily the required hours and the work  schedule in a productive and efficient manner.  W e e,



the Employer's judgment, the qualifications of two applicants are equal, the more senior individual shall be awarded the position. Vacancies will be posted for a period of five (5) calendar days, setting forth the minimum requirements for the position, as determined by the Employer, in a conspicuous place on the bulletin board. Interested employees shall apply in writing within the three (3) calendar day posting period. Employees who have applied and are the successful bidder shall be transferred to the job within a reasonable period of time as defined by the Employer. Nothing in this Agreement shall require the posting of any job unless the Employer determines to fill the position.

## JOB TRANSFERS

Section 7.1. <u>Temporary Transfer Within Job Classification or to Different Job Classification</u>. The Employer shall have the right, in its discretion, to determine and make from time to time temporary job assignments and job transfers for employees to any unit or area or shift within their job classification. An employee temporarily transferred within their job classification shall receive the employee's currently established straight time regular rate of pay for the period of the temporary transfer. An employee temporarily assigned or transferred outside their job classification shall receive the higher of their established straight time regular rate of pay or the introductory rate of pay of the classification in which they are assigned. Transfers shall be for periods of time defined by the Employer. Shift differential shall apply only if the employee is transferred to a shift where a shift differential is applicable.

## LAYOFF AND RECAll

Section 8.1. <u>Low Census</u>. When the number of residents in the Facility or on a unit falls to a level where the Employer deems that the number of previously scheduled staff is no longer necessary, the Employer shall have the ability to reduce the number of staff on the shift/unit affected. In doing so, the Employer shall first take volunteers, starting with the most senior volunteer to leave. However, if no volunteers are available, the Employer may mandate individuals to leave starting with the least senior individual on the unit/shift affected.

Section 8.2. <u>Layoff</u>. When the work force is reduced due to conditions and it becomes necessary to lay off employees for a period of time, employees will be laid off in a particular classification affected on a particular shift affected by the layoff based solely on the needs of the Facility as determined by the Employer. Any employee retained must have, in the Employer's judgment, the necessary skills, ability, experience, training and productivity, work performance, work record and dependability to perform efficiently the remaining required work and satisfactory meet the required hours and the remaining work schedule in a productive and efficient manner. Where, in the Employer's judgment, the qualifications of two individuals are equal, the least senior individual shall be laid off.

Section 8.3. <u>Recall</u>. In the event of a recall from a temporary lay off or indefinite lay off, employees laid-off from a classification and shift shall be recalled in reverse order of lay off.

**lEAVE OF** ABSENCE

Section 9.1.    Military  Leave of Absence. Any employee who enters active service of the armed forces of the United  States shall receive a leave of absence without  pay for the period of such duty.   An employee application for military  service leave of absence shall be made to the Employer in writing as soon as the employee *is* notified of acceptance and military  service, and  in  no  event, not  less than two  (2) weeks prior  to the employee's scheduled  departure.    Notwithstanding  any  other  provisions  of  this  Agreement, an employee returning  from  military  absence shall  be re-employed in  accordance  with applicable  federal and state statutes and shall be entitled  to any other benefits set forth in this Agreement, provided  the  employee satisfies the eligibility  requirements established under this Agreement.

Section 9.2.    Family  Medical  Leave Act. Employees who  have been employed  for at least 12 months and have actually worked at least 1,250 hours during the immediately preceding 12 month period are eligible  for  leaves of absence for  any one, or  more, of  the following reasons:

(a)    The birth  of a son or daughter, and to care for the newborn child;
(b)    The placement with  the employee of a son or daughter for adoption or foster care;                                                                 .
(c)    To  care  for  the  employee's spouse, son, daughter, or  parent  with  a serious health condition; and
(d)     Because of a serious health condition  that makes the employee unable to perform the functions of  his or her job.
(e)     Because  of any "qualifying  exigency"  arising out of the fact that the spouse, or  a son, daughter, or  parent of the employee is on active duty (or has been notified  of an impending  call or order  to active duty) in the Armed Forces in  support of a contingency operation.

An eligible  employee is entitled to a total of 12  workweeks of leave for the reasons listed in subparagraph's  (a) through (e) during a "rolling"  12-month period measured backward from the date an employee uses any leave.

An eligible  employee *who* is the spouse, son, daughter, parent, or next of kin of a "covered servicemember"  shall  be  entitled  to  a  total  of  26  workweeks  of  leave to  care  for  the servicemember and/or in  combination  with  their  12  weeks *of* leave  for  the  reasons previously described.   Employees are, at most, entitled  to  combined general leave and servicemember family  leave totaling 26 weeks during any "rolling"  12-month period.

Employees desiring leaves of absence under this section shall provide written notice  to their supervisor setting forth the reasons for the requested leave, the anticipated start date of the leave, and its anticipated duration.   Employees must utilize  all available paid leave prior to going on unpaid leave, and may be required to provide medical or military certification *of* the need for the leave.  FMLA leave shall run concurrently  with  paid  or unpaid leave.  For

-11-

the purposes of this Section, spouses shall be treated as a single eligible employee for determining the aggregate amount of leave they are eligible for. Under no circumstances shall this Section be interpreted as granting rights beyond those granted by the Family Medical Leave Act.

Section 9.3. Jury Duty. If an employee is required to and reports for jury duty or jury service, the employee shall be granted time off for that purpose and paid in accordance with this Section. An employee called for jury duty not awaiting selection as a juror or acting as a juror in a case being tried shall immediately return to the employee's job. An employee must give the Employer prior notice that the employee has been summoned for jury duty and must furnish satisfactory evidence that the employee reported for or performed on the days for which the employee claims to have been summoned. The provisions of this Section do not apply to an employee whom, without being summoned, volunteers for jury duty or is called but does not serve as a juror. Payment under this Section shall be the difference between the employee's regular pay for the day(s) missed and the payment made by the Court, excluding reimbursement for expenses and/or travel. In no event shall time spent for jury duty be considered time worked for the purposes of computing overtime.

Section 9.4. Bereavement Leave. A Full-time Employee shall be entitled to three ·(3) consecutive paid funeral leave days, one of which must be the date of the funeral, in the event of a death in the employee's immediate family. Part-time Employees shall receive a pro-rated leave based on their regularly scheduled number .of hours compared to that qf a Full-Time Employee. Employees shall only be paid for scheduled workdays missed during this funeral leave. Immediate family is defined as follows: parents, grandparents, brother, sister, spouse, grandchildren or children. A Full-time Employee shall be entitled to three (3) consecutive unpaid funeral leave days (pro-rated for Part-time Employees), one· of which must be the date of the funeral, in the event of a death of an employee's spous 's parent. An employee, however, will be allowed to use accrued paid time off days; if available, to receive pay for funeral leave in the case of a death of an employee's spouse's parent. Should a funeral occur more than 250 miles from the Employer's Facility the employee may be allowed to take up to an additional two unpaid days off for travel.

## HOURS OF WORK

Section 10.1. Work Schedules. It is recognized by the Employer and the Union that the care and welfare of Employer's patients requires service on a seven (7) day week, twenty-four (24) hour a day basis. The Employer reserves the right to determine, establish and change from time to time all employee work shifts, starting and quitting times, work assignments, and regular and overtime or extra hours of work schedules, including the number of hours and days in the work schedule and the shift hours during the workday. The Employer also reserves the right to determine from time to time, the number of employees needed tor particular wings, areas, departments, or shifts, including the right to determine the mix' of employee skill levels needed for the staffing level. The schedule described in this Section is intended to solely be a guide for the estimated patient care requirements envisioned, but nothing contained in this Section or in any other Section of this Agreement shall be construed

-12-

P-J

as guaranteeing any scheduled periods of time or work shift. Where possible, schedules will be posted 72 hours in advance of a work period.  A posted schedule, however, does not represent a guarantee or award of hours and may be changed where needed.

Section 10.2. <u>Overtime Work</u>.  Employees shall work reasonable amounts of overtime and/or extra hours beyond the normal work shift which may occur on the employee's normal scheduled workday when requested by the Employer.  Employees may also be required from time to time to work on a day during the normal workweek, which would otherwise have been a day on which an employee was scheduled off work.  In all situations involving overtime work, or extra hours, the overtime work, or extra hours, must be approved, in writing, by the employee's supervisor (or designated representative) prior to being performed.

<u>Section</u> 10.3.  <u>Premium Pay for Overtime Work.</u>  Premium pay for overtime work shall be on the basis of time and one-half (1-1/2) the employee's regular rate of pay for all hours actually worked by an employee in excess of forty (40) hours of work in a seven (7) day scheduling period.

<u>Section</u> 10.4.  <u>No Duplication or Pyramiding</u>.  There shall be no duplication or pyramiding of overtime hours or pay or premium pay under any Section of this Agreement.  This prohibition on duplication or pyramiding shall be interpreted to mean that to the extent that hours are compensated for at an overtime pay rate or premium rate under one provision of this Agreement or receive pay for hours not actually worked, such hours shall not be counted as hours worked in determining overtime pay rates or premium rates under the same provision or any other provision of this Agreement.

<u>Section</u> 10.5.  <u>Workweek- Workday- Work Shift</u>. The normal workweek for regular full time employees shall consist of thirty-seven and one half (37.5) hours of work (except where special staffing or shift patterns are established) performed within a period of seven (7) consecutive days. The normal work shift for regular full time employees and regular part-time employees shall consist of eight (8) consecutive hours (except where special staffing or shift patterns are established), inclusive of a thirty (30) minute unpaid lunch period and inclusive of one fifteen (15) minute paid rest period which shall occur in the approximate middle of the first half of the normal shift and one fifteen (15) minute paid rest period which shall occur in the approximate middle of the second half of the normal shift, provided that at least a seven (7) hour shift is worked.                                                 .

Lunch periods shall be scheduled by the Employer in accordance with patient service requirements and personnel requirements of the Employer.  Employees shall not be allowed to leave the Employer's premises during the thirty (30) minute unpaid lunch period.  On occasion, employees may be asked to forego a lunch period (or portion thereof) to respond to patient needs, but employees shall be paid for all time worked in these circumstances.

Rest periods shall be scheduled by the Employer .in accordance with patient service requirements and personnel requirements of the Employer, and it may be necessary for an employee to forego rest periods.  An employee may not leave the Employer's premises during their scheduled rest period.

-13-

The normal workday shall be defined as a twenty-four (24) hour period commencing from the start of the shift which an employee actually works, provided, however, that this shall not apply if an employee changes shift at the employee's request and in such event the twenty-four (24) hour period shall commence from the start of the shift normally worked by the employee. The Employer shall determine the start of the normal workweek and the starting and quitting time for all work shifts. The workweek and work shift set forth in this Section are the normal periods of time for such purposes, but nothing contained in this Section or in any other Section of this Agreement shall be construed as guaranteeing any minimum or maximum periods of time for a workweek or work shift.

Section 10.6.   Weekend Work.   All call-ins for scheduled weekend work may, at the discretion of the Employer, be rescheduled. All call-ins for scheduled weekend work may also be subject to discipline, at the Employer's discretion.

## WAGES

Section i11· Established Pay Rates.  The pay ranges for the various job classifications covered by this Agreement, setting forth the straight time regular rates of pay, exclusive of all premium pay, for employees covered by this Agreement are set forth in Appendix "A" of this Agreement.

Section 11.2.  Hire Rate.  New hires in a job classification, which have the appropriate experience and qualifications, as determined by the Employer, may be started at any pay rate deemed appropriate by the Employer.  Individuals hired at rates higher than the regular starting rates will not be paid more than individuals in the bargaining unit who, in the Employer's judgment, possess equal or greater qualifications, experience, reliability, skills and/or training.

Section 11.3. Retirement.  For eligible Full Time Employees, the Employer will contribute thirty-five ($.35) cents for regular hours actually worked to the SEIU Pension Plan. Contributions will be on a quarterly basis and only time actually worked will be considered qualifying hours.

Section 11.4. Longevity Bonuses: An employee who celebrates one of the following anniversaries during the term of this Agreement shall be paid an anniversary (longevity) bonus as follows:

| | |
|---|---|
| S'h anniversary: | $125 |
| 10'h anniversary: | $225 |
| 15'" anniversary: | $275 |
| 20'h anniversary: | $400 |
| 25'h anniversary: | $450 |
| .30'h anniversary: | $500 |
| 35$^1$h anniversary: | $600 |



-14-

To be eligible the employee must be a Full Time employee who has worked 1900 hours in the previous year and has not received any suspensions in the previous eighteen (1B) months.

## HOLIDAYS

Section 12.1. Holiday Pay for Regular Full Time Employees. All regular full time employees with seniority shall receive seven and a half (7.5) hours pay at their straight time regular rate of pay, for each of the following seven (7) holidays recognized under this Agreement. All regular part-time employees receive a pro-rated portion of the holiday granted regular full time employees if they work the holiday. The following days are hereby recognized as holidays, for the purposes of receiving Holiday Pay, provided the employee is eligible under the rules established in this Agreement:

New Year's Day　　　　Labor *Day*
Memorial Day　　　　　Thanksgiving Day
Independence Day　　　Christmas Day
　　　Martin Luther King Day

Section 12.2. Holiday Pay Eligibility. Employee eligibility for holiday pay is subject to the following conditions and qualifications:　　　　　　　　　　　　　　　　;

(a)　　The employee must be a regular full time employee or a regular part-time employee as of the date of the recognized hoiiday; and

(b)　　The employee must have completed the probationary period as of the date of the recognized holiday

(c)　　The employee must work all of the scheduled hours assigned to the employee in the work schedule on the last scheduled day before the recognized holiday, the day of the recognized holiday (if scheduled), and on the first scheduled *day* after the recognized holiday.

(d)　　An employee who is on layoff or any type of leave of absence as of the date of the recognized holiday shall not be entitled to holiday pay.

(e)　　If an employee is absent on an authorized vacation and a recognized holiday falls within the employee's authorized vacation, the employee shall have the option of receiving holiday pay for which the employee is otherwise eligible or receiving an additional paid day to be taken in conjunction with the authorized vacation period.

(f)　　When recognized holidays occur on Sunday, then Sunday will be considered and observed as the recognized hoiiday for purposes of this Agreement. When recognized holidays occur on Saturday, then Saturday will

-15-

be considered and observed as the recognized holiday  for purposes of this Agreement.

Section 12.3.  Holiday  Work.  An employee who works on a holiday  recognized under this Agreement shall receive the employee's regular rate of pay for all hours actually worked and, in addition,  shall receive the holiday  pay benefit set forth this Agreement provided  the employee is eligible  under the rules established in this Agreement.

## PAID TIME OFF

Section 13.1.  Paid Time Off  and Eligibility.  Paid Time Off  benefits accrues for employees based on the number of consecutive  years worked.  Benefits will  begin  to accrue upon hire.  Paid Time Off  may not be used until  an employee completes the Probationary  Period set forth  in  this  Agreement.  All  Full and Regular Part-Time Employees shall be eligible  for vacation based upon the following:

| Seniority | Paid Time Off |
|---|---|
| One  (1) to four (4) years | 97.5 hours |
| Five (5) to eight (8) years | 127.5 hours |
| Nine  (9) to fourteen (14) years | 157.5 hours |
| Fifteen (15) to twenty  (20) years | 187.5 hours |
| More  than 20 years (i.e. 21 +) | 217.5 hours |

Paid Time Off  shall accrue, be earned, and be computed, as of the anniversary date of an employee's  most recent date of hire, and not before.  The Paid Time Off  eligibility year shall  be the time between the employee's  anniversary date (i.e. their  most recent  date of hire) and (1) year thereafter, and in  yearly periods thereafter.  The employee's  Paid Time Off  pay shall be computed  on the basis of that employee'sregular  straight time  pay, without any premiums or differentials.

An employee shall be entitled  to receive  full Paid Time Off  pay, as set forth the above, only  if  such employee  has actually  performed  work  for one-thousand-eight-hundred-(1,800)  actual  hours  worked  during  that employee's vacation  eligibility  year.   No employee  who  works  less  than  eight  hundred  (800)  actual  hours  worked  in  that employee's  vacation  eligibility year shall  be  entitled  to Paid Time Off,  nor  shall the Employer be required to provide  either  days off, or pay for any employee  who  fails to work eight  hundred  (800)  actual  hours worked.   An  employee, who  works  more  than eight hundred  (800)  actual  hours worked,  but  less than  one-thousand-eight-hundred  (1,800) actual  hours  worked,  shall  receive  prorated  Paid Time Off  benefits,  based on  hours actually  worked divided by one-thousand-eight-hundred  (1,800).

PaidTime Off pay  shall be issued in the. normal. payroll  period forthe period  in  which  the Paid Time Off  is scheduled to be taken.  A Paid Time Off  must be taken in the year following the year in which  earned.  Paid Time Off  not used will  be lost for all purposes, including pay.  An employee  may not take Paid Time Off  earned in  one *or* more eligibility

-16-

years together. An employee cannot borrow against Paid Time Off not yet accrued and earned. Earned but unused Paid Time Off is not paid upon employment termination, unless the employee has completed a minimum of five (5) years of service since that employee's most recent date *of* hire and the employee gives a minimum two weeks notice of their resignation and works all of their scheduled shifts during the period of their notice.

Section 13.2. <u>Scheduling.</u>    Employees eligible for Paid Time Off benefits under the provisions of this Agreement and who wish to schedule earned Paid Time Off may schedule time off upon proper advance notice and as determined by Facility rules, provided that in the opinion of the Employer such time off does not interfere with the efficient operation of the Facility including patient service requirements and personnel requirements. Employees must submit their application for earned paid time off no later than thirty (30) days in advance of the desired Paid Time Off. Paid Time Off requests submitted less than thirty (30) days in advance of the desired Paid Time Off shall be given consideration only at the sole discretion of the Facility. In the case of conflict between employees who have properly submitted their application for time off, preference shall be given on a first come-first served basis except that where two or more employees apply on the same datej preference shall be determined by seniority.

Paid Time Off is mandatory and leave and pay ordinarily may not be accumulated and carried over into the next year unless the employee receives written advance permission from the Facility allowing an accumulation and carry-over, and if no such written advance permission is received from the Facility prior to the employee's next anniversary date of hire, the employee's Paid Time Off benefit shall be lost. An employee may also continue at work in lieu of taking Paid Time Off and receive pay for the current Paid Time Off year if the employee receives advance written permission from the Facility, and if no such written advance permission is received from the Facility, the employee's Paid Time Off benefit shall be lost.

Section 13.3. <u>Emergency PTO Use:</u>  PTO's must be used for absences caused by illness, or urgent personal business. PTO's must also be used to cover authorized leaves, such as administrative leave, medical leave, or maternity leave. For use to cover an excused absence, request for use of PTO should be made as far in advance as possible. Except in cases of sick day usage, more than 48 hours advance notice shall be required to use up to four consecutive PTO's and three weeks advance notice shall be required to use more than four consecutive PTO's. All non-illness PTO's must be approved and signed by the employee's supervisor, and a confirmation of the same returned to the employee prior to use of any PTO. Notwithstanding the foregoing, accumulated PTO's may be utilized with at least two (2) hours prior notice for an acute or sudden illness to the employee or a member of the employee's immediate family as defined in Section 9.4, or involvement in a serious accident or emergency. No prior notice is required in the event the employee is sent home from work by the Employer due to an employee illness.

Section 13.4. <u>Illness at Work:</u> Employees who report to work and thereafter become ill, shall be paid for those hours worked, plus may, if requested, be paid for PTO's at their regular straight time rate for the remainder of their regularly scheduled shift.

-17-

Section 13.5.  Disciplinary Days:  At the Employer's option,  disciplinary  time off  may be deducted from an employee's accumulated PTO's in lieu of requiring the employee to m.iss scheduled working  days as an unpaid disciplinary  suspension.  If through  the action  of tbis Section  an employee's PTO days fall below the amount needed for a previously  schedul;ed vacation,.the Employer will  grant time off without  pay for the previously  scheduled vacation.

Section 13.6.   Early Vacation Pay:  Employees  may receive  PTO pay for a scheduled vacation on the last payday prior  to the beginning of their scheduled vacation period.  To receive PTO pay prior  to a vacation, an employee must give written notice 30 days prior to the date they wish to receive PTO pay.                                    ·

## INSURANCE

Section 14.1.   Health Benefit Program.  During  the term. of  this Agreement, the Facility agrees to make available  group  health  benefit coverage, approved  by the Facility, for eligible regular  Full Time  Employees, who  elect  to participate, covering  certain  hospitalization, surgical and  medical  expenses  for  employee-only  coverage and  for  eligible  dependent coverage.  The Facility agrees to contribute  up to a maximum  of one hundred  and fifty and 00/100 Dollars ($150.00)  toward the required monthly  cost of  providing  coverage under whichever  Employer health program  selection is made by an eligible  employee with  tbe remaining  cost (if  any) to be paid  in full  by the employee. Regular Full-Time  employees become eligible  to participate  in the group  health  benefit programs  within  a reasonable period of time following completion  of the probationary  period  and subject to any enrollment requirements that may be established under the program.

Employees who elect to not  participate  in the group  health  benefit programs available  from the Employer and who  wish to  later participate  (if  eligible)  and employees who  wish to change programs within  the alternative  options  available from the Facility shall assume the risk of a pre-existing condition  not being covered upon enrollment  or re-enro!lment and shall be subject to any enrollment  requirements or restrictions that may be established under the programs.  Specific terms and  conditions governing  the group  health, vision  and dental benefit programs are set forth  in the master policy  or policies  governing the program  or issued by the insurance carrier or carriers. The Employer reserves the right to determine the method of providing  the group  health  benefit programs, including  the selection of  any insurance carrier or carriers (if  any) or third  party administrators or self-insured or  preferred provider arrangements, provided  that the overall  level for all  of the various benefit coverages are not substantially reduced.

In the event that an employee quits or the employee's employment  with  the Facility  is otherwise terminated, the group  health benefit  program(s) shall continue  in effect until  the end of the last day of the group health, vision  and dental benefit program month in  which  the quit  or other employment  termination  occurs.. In the event an employee is on layoff status or on leave of absence status, the group  health, vision  and dental benefit program shall continue in effect until  the end of the last day of the group  health benefit program month in  which  the layoff or leave of absence occurs, except that in  the case of a medical  leave of absence, the



group health benefit program shall continue in effect until the end of the last day of the first (1'full group health benefit program month following the month in which the medical leave of absence occurs.

Section 14.2. Life Insurance Program.    The Employer agrees to maintain a $10,000 life insurance policy on each of its regular Full-time Employees as set forth herein.    During enrollment for this benefit, the· Employer shall make available to each employee documentation defining his/her rights under said policy, and the opportunity to name his/her beneficiary(ies) there under. To the extent allowed by the Employer's chosen provider, part time employees may participate in the Life Insurance Program as long as it is without cost to the Employer.                         ··                                        .

## SENIORITY

Section 15.1. Seniority Defined- Date of Hire Seniority.    For purposes of this Agreement, unless otherwise specifically provided in another Section of this Agreement, the term "senior-ity" shall be defined to mean the length of the employee's continuous service with the Facility commencing from the employee's most recent date of hire (date of hire seniority).    The application of seniority shall be limited to the preferences specifically recited in this Agreement. Employees who have the same date of hire shall be placed on the seniority list in alphabetical order of their surnames and if the surnames are the same, then in alphabetical order of their first names.

Section 15.2. Loss of Seniority.    An employee's seniority with the Facility and the employment relationship shall terminate for the following reasons;

(a)      Ifthe employee quits or retires.

(b)      If the employee is discharged for cause.

(c)      If the employee is on layoff status or leave of absence status (including leaves of absence covered by worker's compensation) consecutively for a period of twelve (12) months or the length of the employee's seniority with the Facility acquired by the employee at the time of layoff or commencement of leave of absence, whichever is the lesser.

(d)      If the employee fails to report for work on the required date following recall to work from layoff in accordance with the procedures established in this Agreement, unless the employee's failure to report is otherwise excused for a reason satisfactory to the Facility.

(e)      If the employee fails to return on the required date following leave of absence or vacation unless otherwise excused for a reason satisfactory to the Facility.

(f)      If the employee is absent from work for two (2) consecutively scheduled Facility work shifts for the employee without properly notifying the Facility unless the employee's failure to properly notify is otherwise excused for a reason satisfactory to the Facility. The provisions of this subsection (f) of this Section are intended to apply only to an

-19-

employee's obligation to properly notify the Facility of absence within the required period of time and regardless of whether an employee properly notifies, the employee may still be subject to disciplinary action up to and including discharge for the absence.

(g)     If the Facility's operations are sold or otherwise transferred or permanently discontinued.

## GRIEVANCE PROCEDURE

Section 16.1. Definition *of* Grievance.  A grievance shall be a complaint by an employee concerning the application and interpretation of a specific section or provision of this Agreement as written.

Section 16.2. Grievance Procedure.   The processing of any grievance, including the preparation and presentation of any grievance, shall not interfere with any employees responsibilities or productivity. All grievances shall be processed in accordance with the following procedure:

(a)     Procedure. An employee having a grievance in connection with the terms of this Agreement shall present it as follows.

STEP 1.       An employee who believes he/she has a grievance shall.first discuss the matter with the employee's supervisor personally, or accompanied by a Union representative or Union steward, within two (2) calendar days after the occurrence of the events upon which the grievance is based.  It shall be the objective of both parties to resolve the matter in this informal manner.   The employee's supervisor shall give his/her answer to the employee within two (2) calendar days of this informal meeting. In the event the grievance is not settled in this manner, the following formal grievance procedure shall apply.                         ·

STEP 2.       Any grievance not settled at Step 1 shall be submitted, within 5 calendar days after the occurrence of the events upon which the grievance is based,in writing to the Employer's Director *of* Department for the department in which the employee is currently assigned. All grievances shall state the Article and Section of this Document alleged to have been violated, shall be signed by the employee who is filing the grievance, and if applicable by a steward of the Union, and shall be submitted to the Employer's Director of Department within five (5) calendar days after the occurrence of the events upon which the grievance is based. In addition, the facts of Step 1 shall be recited, including to whom the grievance was presented and the resolution of such grievance.  Any grievances not conforming to these requirements shall automatically be defined as not constituting a valid grievance and not subject to the requirements of this Grievance Procedure.

The Employer's Director of Department shall give a written answer to the aggrieved employee,and if applicable the Union, within five (5) working days after receipt of the

-20-

written grievance.  If the answer is mutually satisfactory, the grievant shall so indi<;ate on the grievance form and sign it.

STEP 3.        If the grievance is not satisfactorily settled with  the  Director, of Department, within  five (5) days of the Director of Department's written answer,:the steward, employee and/or Union Representative shall take the matter up with the Administrator or the designee of the Administrator who shall give his/her written answer within  five (5) days.  The steward, employee and/or Union  Representative must schedule, in  writing  and within  15 days of the receipt of the Director of Department's written  answer, a  meeting with  the  Administrator to discuss the grievance.

STEP 4.        In the event the Employer's Step 3 answer is not satisfactory, that decision may be appealed to an arbitrator by giving notice to the Employer and filirig a request with  the Michigan  Employment Relations Commission within  thirty (30) calendar days of the Employer's Step 3 answer.                                                '

Section 16.3. Time  Limits.   The parties shall follow  the  time  limits established in  the sections of Article 16.   For the purposes of the grievance procedure, selection of the arbitrator, and scheduling of any hearing, time is of the essence.   As but one example, if the Union or employee(s) do not follow  the aforementioned procedures within  the peri9ds defined herein, or fail to otherwise pursue a grievance in  a timely fashion, the grieva ce shall be considered abandoned and withdrawn  with  prejudice.   Under no circumstances, should a party fail to pursue a grievance in  any way for more than 15 days, unless otherwise agreed. Grievances which  are considered abandoned, withdrawn or settled shall be deemed no longer a grievance under the Grievance Procedure in this Agreement, and no one shall have any power  to review the grievance or issue any finding.  If the Employer does not follow  the procedures within  the periods defined herein, the grievance shall automatically advance to the next step.                                            .

Section 16.4. Time Computation.   Calendar days shall include all days on the calendar, specifically including Saturdays, Sundays and Holidays recognized under this Agreement. Work days shall be defined as Monday through Friday, excluding Saturdays, Sundays and Holidays recognized under this  Agreement, unless worked  by the affected employee and/or steward, in which  case the Saturday, Sunday or Holiday  worked will be counted as a work day.

Section 16.5. Grievance Form.  The grievance form shall be prepared by the Union  in a form that coincides with the Grievance Procedure established in this Agreement.

Section 16.6. Individual  Employee Adjustment of Grievances.   Nothing contained in the Grievance Procedure shall be construed to prevent any individual employee from . processing a grievance and having the grievance adjusted without the intervention of the Union  or any of  its employee representatives or  non-employee representatives. An individual  employee may withdraw a grievance from further consideration at any step of the Grievance Procedure established in this Agreement without the consent of the Union.

-21-

Section 16.7. <u>Resident Abuse</u>.  In cases of disciplinary action imposed as a result of resident abuse, neglect or other mistreatment that has been reported to the appropriate state investigative agency under state and federal regulations, *any* disciplinary action imposed shall not be subject to this Grievance Procedure or within the jurisdiction of any Arbitrator.  In the event that the procedures of the Michigan Department of Public Health result in a finding that no patient abuse or misconduct occurred and no citation or substantiated finding against any facility remains, the employee shall have the right to process any grievance which *may* have been previously filed in the matter in accordance with the grievance procedure established in this Agreement. No individual shall be entitled to any back pay award for any period occurring between a report to the State and a finding that no abuse, neglect or mistreatment occurred, unless the allegation involved was clearly without merit.  Any substantiated finding determining that an employee has committed resident abuse, neglect or other mistreatment (including, but not limited to, citations under F223 and/or F224 via the State or Federal survey process) shall establish just cause for discharge and not be subject to the Grievance Procedure or the jurisdiction of any arbitrator.  For the purposes of determining the time limits contained in this Grievance Procedure, the date of any finding that no abuse, neglect or other mistreatment occurred was issued shall be considered the date of the occurrence of the events upon which the grievance is based.

Section 16.8. <u>Employee Attendance.</u>  Unless approved in writing by the Administrator, or his or her designee, for grievances involving an individual employee, a grievance will be deemed lost and/or abandoned if the employee fails to be present at *any* STEP of the grievance procedure.  Where the employee's failure to attend was due to a sufficiently excusable reason, this meeting may be rescheduled.

Section 16.9. <u>Administrator/Director of Department/Supervisor.</u>  In the event that one (1) individual is both the employee's immediate supervisor and Director of the Department, Step 1 and Step 2, as described in the Grievance Procedure, shall be merged.  In the event that one (1) individual is both Administrator and Director of the Department, Step 2 and Step 3, as described in the Grievance Procedure, shall be merged.

<u>Section</u> 16.10. <u>Selection of Arbitrator and Costs</u>. The Union shall contact the Employer, in writing, within 30 days of the mailing date of the proposed panel of arbitrators, from the Michigan Employment Relations Commission ("MERC"), to schedule a conference to select an arbitrator.  Except where mutually agreed, the parties shall discuss the selection of the arbitrator within 30 days of the Unions notice to schedule a conference for the selection of an arbitrator.  Should the parties agree to submit a dispute to arbitration, but they are unable to agree mutually upon an arbitrator, the arbitrator shall be selected by each party alternately striking a name from a panel of seven (7) arbitrators submitted by MERC (or *by* submitting a prioritized ranking of arbitrators to MERC), and the remaining name shall serve as the.arbitrator.  Unless otherwise agreed in writing, the party pursuing the grievance shall immediately notify the arbitrator of their selection.  Should either party determine that any panel of arbitrators is unsatisfactory; they may reject the panel and

request another.  Where a proposed panel has been rejected the procedures outlined in this section shall be repeated.

Each party to the arbitration shall bear the full costs and expenses of their own witnesses and representatives, including pay for all working time lost during any employee's regularly scheduled shift.  In no event shall one (1) party be responsible for bearing the costs and expenses of the other party's witnesses and representatives.  The arbitrator's charges for the arbitrator's services and expenses shall be borne by the losing party, provided, however, where the grievance is neither sustained nor denied, the arbitrator shall set the proportion of the fees to be paid by the parties.

Section 16.11. Multi-Forum Waiver.  It is the intent of the parties that disputes between the Employer and the Union and the employees it represents should not be subject to resolution in more than one (1) forum.  The Union and the employees it represents hereby agree that if proceedings involving any matter which is or might be alleged as a grievance are instituted in any administrative action including, but not limited to, claims before a governmental board, agency or entity, or in any court, then such administrative or judicial proceedings shall be the sole remedy and such matters will no longer be arbitrable under this Agreement.  In the event that an employee or the Union elects to arbitrate any dispute with the Employer, then the Union and the employees it represents hereby agree that arbitration shall be the sole remedy for the dispute and hereby waive any rights that may exist to institute proceedings involving this matter in any administrative action including, but not limited to, claims under state and federal law.

Section 16.12. Arbitrator's Powers and jurisdiction.  An arbitrator's powers shall be limited to the application and interpretation of this Agreement as written.  An arbitrator shall at all times be governed wholly by the terms of this Agreement and shall have no power or authority to amend, alter or modify this Agreement either directly or indirectly, or to consider any extra-contractual agreements not specifically incorporated in this Agreement by another written agreement. The arbitrator shall not be empowered to consider any question or matter outside of this Agreement or pass upon the propriety of verbal or written warnings administered to employees covered by this Agreement, to establish wage scales or rates on new or changed jobs, or to change any rate unless it is provided for in this Agreement.  The Union acknowledges that the Employer retains all rights not otherwise abrogated under the express terms of this Agreement as generalized in the management rights clause herein.  It is also understood that this Agreement covers employees engaged in the care of residents of a nursing home and that the mission of this Facility is to provide exceptional care for the aged and infirm who are residents of this Facility in a professional, respectful and courteous manner.  Thus, in any case where an Arbitrator may be called upon to evaluate contract language, it is the intent of the parties, in all cases, that the Arbitrator "put the resident first."  Exceptional resident care is the primary interest and focus of all parties and all arbitration decisions should be controlled by this principal and the overall mission of this Facility. As such, conduct which might be a minor offense in an industrial setting might well be cause for more serious discipline, up to and including discharge, at this Facility.  In addition, if the grievance concerns rights

-23-

that are not otherwise limited by the express terms of this Agreement, the grievance shall not be arbitrable.

If the issue of arbitrability is raised, an arbitrator shall not determine the merits of any grievance unless arbitrability has been affirmatively decided, and the Employer 0ay require a bifurcated hearing in any proceeding in which the arbitrability of the grievance is at issue. Should the issue of arbitrability be raised, it will be determined via an expedited hearing or through the submission of briefs on the issue, prior to a hearing on the merits of the grievance.

Any award of the arbitrator shall not be retroactive more than fourteen {14) calendar days prior to the time the grievance was first submitted in writing. All claims for back wages shall be limited to the amount of wages that the employee would otherwise have earned in a three month period, less any unemployment compensation, workers compensation and/or compensation for personal services that the employee may have received from any source during the period in question and income for any period in which an employee would not have been qualified to work in their previous position.

Section 16.13. Conviction of Certain Crimes. It is understood that as a condition of employment all employees agree to immediately report to. the Facility any arrest, arraignment, or conviction for any criminal offenses and to provide a set of fingerprints!to the State of Michigan Department of State Police. The failure to immediately report to the Facility any arrest, arraignment, or conviction for any criminal offenses sha•Jl provide just cause for termination. In addition, the conviction for any crime or finding of any offense described in MCL 333.20173a shall also provide just cause for termination. Any discipline or discharge for the failure to report any arrest, arraignment, or conviction for any criminal offenses or the conviction for any crime or finding of any offense described in MCL 333.20173a shall not be subject to the Grievance Procedure described in this agreement. Should an employee later have a relevant conviction expunged from their record, the employee or Union may submit a grievance *over* their discipline or termination under the Grievance Procedure contained in this agreement. No individual shall be entitled to any back pay award for any period prior to a conviction being expunged. For the purposes of determining the time limits contained in this Grievance Procedure, the date of any conviction's being expunged shall be considered the date of the occurrence of the events upon which the grievance is based.

## MISCELLANEOUS

Section 17.1. Health and Safety. It is understood and agreed that employees are expected to work in a safe manner. It is also understood and agreed that employees and the Union shall cooperate in maintaining and following all safety and health procedures, including those established under federal and state law and shall make proper use of all equipment, devices and procedures provided or established for such purposes. It is understood and agreed that failure to follow safety rules and regulations shall constitute the basis for discipiinary action up to and including discharge as determined by the Employer.

-24-

Section 17.2. Confidential Information.  The Union and Employer recognize the importance of protection of confidential information concerning patients and their families.  Any and all information gathered or heard officially or unofficially, about a patient or resident shall be construed as confidential.  Release of the aforementioned information by an employee to a patient, a fellow employee, or any unauthorized person shall be regarded as a breach of confidence and grounds for immediate dismissal.

Section 17.3.  Employer Bulletins.  Each employee shall be responsible to read and presumed to have notice of bulletins posted by the Employer.  Postings shall be posted by the time clocks and in the posting books placed on each wing of the Facility.  Any materials so posted shall be conclusively presumed to have been read by employees, and accordingly, employees shall be conclusively presumed to be on notice regarding such posted materials.

Section 17.4.  Union Bulletin Boards. The Employer will provide one bulletin board that the Union may use for posting notices of its meetings and elections.  Postings containing religious or political messages are expressly prohibited from posting on the bulletin board. The Administrator or the Administrator's designee must approve all notices before being posted on the bulletin board and copies will be furnished to the Employer if requested.

Section 17.5.  Dress Code.  All or some employees may be required to wear uniforms, with the color and style prescribed by the Employer. The Employer agrees to provide employees with one uniform if it changes the uniform required for an individual classification more than once per year.

Section 17.6.  Required Testing.  Where required by the Employer, the Employer shall provide T.B. tests and x-rays, if positive, for all regularly scheduled full-time and part-time employees.

Section 17.7.  Funding Reduction.  If at any time during the term of this Agreement the funding mechanism through which the Employer receives reimbursement monies from state or federal sources are changed, resulting in a reduction in the level of funding received by the Employer, (such as, for example, a decline in the variable cost component of the Facility or the implementation by the state of a new or reduced reimbursement system, which has a substantial impact on the amount of revenues received by the Employer) then the benefits provided for in this agreement shall be reduced by five (5) benefit days until such time as the parties and meet for the purpose of determining how best to address the reduction in the Facility's funding and agree upon an alternative concession.

Section 17.8.  Exclusivity of Work. Nothing in this Agreement should be construed as granting exclusivity of any work performed at the facility to any classification(s).  Where still performed by the Employer, the performance of bargaining unit work, by non-bargaining unit personnel shall not result in the layoff of bargaining unit personnel.

Section 17.9.  Captions.  The captions used in each Section of this Agreement are for the purposes of identification and are not a substantive part of this Agreement.

-25-

Section 17.11.  Intent and Waiver.   The parties acknowledge that during the negotiations which resulted in this Agreement, each had the unlimited right and opportunity to make demands and proposals with respect to all proper subjects of collective bargaining, and that all such subjects have been discussed and negotiated upon and the agreements contained in this contract were arrived at after the free exercise of such rights and opportunities.  Therefore, the Employer and the Union, for the life of this Agreement, each voluntarily and unqualifiedly waives the right and each agrees that the other shall not be obligated to bargain collectively, except by mutual agreement, with respect to any subject or matter referred to or covered in this Agreement or in respect to any subject or matter not specifically referred to or covered by this Agreement even though such subject or matter may not have been within the knowledge or contemplation of either or both of the parties at the time they negotiated or signed this Agreement.

The Union expressly agrees that this Section is, in part, intended to mean that any economic and non-economic terms and conditions of employment not specifically covered in this Agreement as written shall expressly not be subject to any notification and/or bargaining obligations.  The Union further expressly agrees that the Employer may take whatever unilateral action the Employer deems appropriate with respect to such economic and non-economic terms and conditions of employment not specifically covered in this Agreement as written and such action by the Employer shall not be subject to challenge.

Accordingly, this Agreement expresses the complete understanding of the parties on the subject of wages, working conditions, hours of work, benefits and conditions of employment.  No past practices shall be binding on the Employer during the duration of this Agreement, unless reduced to writing and signed by the parties.  It is the intent of the parties hereto that the provisions of this Agreement will supersede all prior agreements or understanding, oral or written, express or implied between such parties, shall govern their entire relationship and shall be the sole source in any and all rights or claims which may be asserted. Any Agreement, including this Agreement, reached between the Employer and the Union is binding on all employees in the bargaining unit and cannot be changed in any manner by any individual employee or group of employees.



## TERMINATION

Section 18.1. Termination.  This Agreement shall remain  in full force and effect until  11:59 p.m. on the third  year anniversary of  the effective date of  this Agreement and thereafter for successive periods of one (1) year unless either party shall, on or before the ninetieth (90th) day prior  to the  expiration  date, serves written  notice  on the other  party  of  a desire. to terminate, modify,  alter, negotiate, change or  amend this Agreement.   A notice of  desire' to modify,  alter, amend, negotiate or change, or any combination  thereof, shall have the effect of terminating the entire Agreement on the expiration  date in the same manner as a notice of desire to terminate  unless, before that date, all  subjects of amendment proposed  by either party  have  been  disposed  of  by  agreement  or  by  withdrawal  by  the  party  proposing amendment, modification, alteration, negotiation,  change or any combination  thereof.

IN  WITNESS WHEREOF, the parties hereto  have caused this instrument to  be  executed bn the dates indicated below.

SEIU, HEALTHCARE MICHIGAN

BY _____     \)- \-\'0
　　　Union President/Secretary Treasurer     Date

BY _____     12-1-10        · k----
　　　Union Representative                    Date

BY *4btvcJe&tJfPL*                       11/29/10
　　　Union Stewar                         Date

BY _____     11/29/10
　　　Union Steward                        Date

SPECIALTY  CARE

BY _____     *llkh*
　　　Administrator                        Date

-27-

APPENDIX "A"

Established Pay Rates

Except as agreed under Section 11.2, the following rates of pay are applicable for new hires:

| Classification | Start Rate | Rate After Probation |
|---|---|---|
| WARD ClERKS | 9.00 | 12.10 |
| *MEDICAL RECORDS* | 9.00 | 13.98 |
| *DIETARY AIDES* | 9.00 | 11.76 |
| *COOKS* | 9.00 | 12.06 |
| *PORTERS* | 9.00 | 11.76 |
| *LAUNDRY AIDES* | 9.00 | 11.76 |
| *HOUSEKEEPING PORTERS* | *9.00* | 11.76 |
| *HOUSEKEEPERS* | 9.00 | 11.76 |
| *ACTIVITY AIDES* | 9.00 | 11.76 |

Effective the payroll period following the effective date of this Agreement, the Employer increase the wages of current employees who have completed their probationary period by thirty-five cents per hour ($.35).

Within 30 days of ratification, Full Time Employees shall receive a $100 bonus and Part Time Employees shall receive a $50 bonus. Following the payment of that initial bonus, Full Time Employees shall receive another $100 bonus and Part Time Employees shall receive another $50 bonus within one month of the initial bonus. The parties agree that these bonus payments are for back pay for the period between employees last wage increase in 2007 and the effective date of the current agreement.

In addition, the parties agree to wage re-openers as follows:

> Second Year Re-opener. Notwithstanding the provisions of the first paragraph of this Section of the Agreement, it is agreed that this Agreement may be reopened during its term at the option of either party on the one year anniversary of the effective date of this Agreement, upon written notice to the other party of a desire to reopen given on or before the 90'" day prior to the one year anniversary of the effective date of this Agreement. If this Agreement is reopened, the re-opener negotiations shall be specifically limited to the direct pay rates of employees covered by this Agreement. All other provisions of this Agreement shall remain in full force and effect during the re-opener negotiations and until this Agreement is terminated in accordance with the provisions of the first

-28-

-29-

paragraph of this section of the Agreement.    Subjects or disputes arising from or pursuant to any re-opener negotiations shall not be subject to the grievance and arbitration procedure provisions set forth in this Agreement.

Third Year Re-opener.    Notwithstanding the provisions of the first paragraph of this Section of the Agreement, it is agreed that this Agreement may be reopened during its term at the option of either party on the two year anniversary of the effective date of this Agreement, upon written notice to the other party of a desire to reopen given on or before the 90th day prior to the two year anniversary of the effective date of this Agreement.    If this Agreement is reopened, the re-opener negotiations shall be specifically limited to the direct pay rates of employees covered by this Agreement. All other provisions of this Agreement shall remain in full force and effect during the re-opener negotiations and until this Agreement is terminated in accordance with the provisions of the first paragraph of this section of the Agreement. Subjects or disputes arising from or pursuant to any re-opener negotiations shall not be subject to the grievance and arbitration procedure provisions set forth in this Agreement.