# EXHIBIT 8

**Suzanne Summerlin**

| | |
|---|---|
| **From:** | Nancy Byrd [nancy.byrd@lakeshorehealth.com] |
| **Sent:** | Monday, May 08, 2017 2:38 PM |
| **To:** | Suzanne Summerlin |
| **Cc:** | Andre Joseph; Tushar Patel; Rob Whitty |
| **Subject:** | RE: SEIU Pension Fund Payment |

If we have to decrease the length of the loan – please let me know by how long and what the difference of the payments will be.  Right now it would extend for 12 months with the last payment be $4,738.60.

Respectfully,

# Nancy Byrd

Sr. Accounting Manager
Lakeshore Health Group
nancy.byrd@lakeshorehealth.com
Office:  (313) 483-3905 Ext. 1113
Cell:  (586) 216-6467

**From:** Suzanne Summerlin [mailto:SSummerlin@mooneygreen.com]
**Sent:** Monday, May 8, 2017 2:04 PM
**To:** Nancy Byrd <nancy.byrd@lakeshorehealth.com>
**Cc:** Andre Joseph <andre.joseph@seiufunds.org>; Tushar Patel <tushar.patel@lakeshorehealth.com>; Rob Whitty <rob.whitty@lakeshorehealth.com>
**Subject:** Re: SEIU Pension Fund Payment

Ok, I'm out of the office until Wednesday but I'll see what the calculation will be. Just a heads up, if a repayment offer extends the period of repayment for too long, it's unlikely the trustees will approve it. I'll put together some numbers and get back to you!

Suzanne

Please excuse errors and brevity. Sent from a mobile device.

On May 8, 2017, at 1:22 PM, Nancy Byrd <nancy.byrd@lakeshorehealth.com> wrote:

> Thank you for getting back with me so quickly –
>
> In discussion with Mr. Patel and Mr. Whitty – we would like to pay $3,000 per month till the balance is paid in full.
>
> If you have any questions or need any additional information, please feel free to contact me.
>
> Respectfully,
>
> # Nancy Byrd
>
> Sr. Accounting Manager
> Lakeshore Health Group
> nancy.byrd@lakeshorehealth.com
> Office:  (313) 483-3905 Ext. 1113

Cell:  (586) 216-6467

---

**From:** Suzanne Summerlin [mailto:SSummerlin@mooneygreen.com]
**Sent:** Monday, May 8, 2017 11:25 AM
**To:** Nancy Byrd <nancy.byrd@lakeshorehealth.com>
**Cc:** Andre Joseph <andre.joseph@seiufunds.org>; Tushar Patel <tushar.patel@lakeshorehealth.com>;
Rob Whitty <rob.whitty@lakeshorehealth.com>
**Subject:** Re: SEIU Pension Fund Payment

Hi Nancy, I'm happy to help you with this. Any payment plan would need to be approved be our Board
of Trustees, and there is a 10% annual interest. Do you have an idea of how much per month you can
pay? Or over how many months you'd like to split up the payments?

Suzanne

Please excuse errors and brevity. Sent from a mobile device.

On May 8, 2017, at 10:27 AM, Nancy Byrd <nancy.byrd@lakeshorehealth.com> wrote:

> Good morning –
>
> I would like to introduce myself – my name is Nancy Byrd and I am the Sr. Accounting
> Manager for Lakeshore Healthcare Group.
>
> I received your letter regarding the Service Employees International Union National
> Industry Pension Fund.  We have an outstanding balance of $37,738.60 as of May 2,
> 2017.  We as Lakeshore Healthcare Group would like to set-up a payment plan with you
> and the SEIU to get this outstanding balance paid as soon as possible but we are unable
> to pay the total due in one payment.
>
> Your consideration regarding this matter would be GREATLY appreciated.
>
> Thank you -
>
> Respectfully,
>
> # Nancy Byrd
> Sr. Accounting Manager
> Lakeshore Health Group
> nancy.byrd@lakeshorehealth.com
> Office:  (313) 483-3905 Ext. 1113
> Cell:  (586) 216-6467

45 C.F.R. § 164.530(c). The information contained in this transmission may
contain privileged and confidential information, including patient information
protected by federal and state privacy laws. It is intended only for the use of the
person(s) named above. If you are not the intended recipient, you are hereby
notified that any review, dissemination, distribution, or duplication of this

communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

45 C.F.R. § 164.530(c). The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

45 C.F.R. § 164.530(c). The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.